IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERTA REAGAN,     Plaintiff, | § § § | |
| v. | § § | No. 3:13-CV-4099-D |
| SOCIAL SECURITY ADMINISTRATION,     Defendant. | § § § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

It is ordered that plaintiff Roberta Reagan's October 10, 2013 motion for leave to proceed *in forma pauperis* is denied pursuant to 28 U.S.C. § 1915.

It is further ordered that this case will be dismissed for failure to prosecute unless plaintiff pays the $400.00 filing fee to the district clerk within 28 days of the date of this order.

**SO ORDERED**.

November 20, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE